**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 28, 2023

<u>VIA ECF</u>

The Honorable Loretta A. Preska
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:   <u>United States v. Marquise Austin</u>
           **22 Cr 435-2 (LAP)**

Dear Judge Preska:

    I write to respectfully request the Court <u>temporarily modify Marquise Austin's bail conditions to allow him to travel with his family to Maumelle, Arkansas from Saturday, September 2 to Sunday, September 3</u> for a family celebration of his great-grandmother, who is in her late 80s. He will be with his parents and younger brother at all times.

    The Government consents to the defense's request. While Pretrial objections, his officer notes that Mr. Austin is entitled to an overnight pass should the Court approve it. Mr. Austin successfully completed his inpatient program, is now living in a supportive, community-based housing unit, and his officer notes that he has been excelling since the Court ordered him into inpatient treatment.

    Thank you for the Court's consideration of this request.

Respectfully Submitted,

/s/ *IMA*

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org

SO ORDERED.

*Loretta A. Preska*
8/29/2023