**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 5, 2023

<u>VIA ECF</u>

The Honorable Loretta A. Preska
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  <u>United States v. Marquise Austin</u>
          **22 Cr 435-3 (LAP)**

Dear Judge Preska:

    For similar reasons stated in Ms. Hillard's letter, Mr. Austin respectfully requests the Court <u>allow him to appear virtually for the conference on Tuesday</u> as well. Mr. Austin just successfully completed his inpatient drug program; he is doing well and is already working again.

    Thank you for the Court's consideration of this request.

SO ORDERED.

*/s/ Loretta A. Preska*
10/6/2023

Respectfully Submitted,

/s/ *[signature]*

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org