UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

             -against-                       22 CR 435 (LAP)

KEITA, et al.,

                 Marquise Austin
                 Defendant.
------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the undersigned will move this Court, before the Honorable Loretta A. Preska, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order pursuant to Fed. R. Crim. P. 12(b)(2) dismissing the indictment against Mr. Austin as it was obtained in violation of his rights under the Second Amendment.

Dated:  New York, New York
        February 6, 2024

Respectfully submitted,

      /s/
Hannah McCrea
Ian Marcus Amelkin
52 Duane Street - 10th Floor
New York, NY 10007
Tel: (646) 574-0351
*Attorneys for Marquise Austin*

To:     Damian Williams, Esq.
         United States Attorney
         Southern District Of New York
         Attn:   Jane Chong, Esq.
                  Assistant United States Attorney