UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA           **TRANSPORTATION ORDER**

            - v -                  : 22 Cr. 435 (LAP)

Marquise Austin                    :

                Defendant.         :

------------------------------------x

Upon the application of **Marquise Austin**, by his attorney, **Ian Marcus Amelkin, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Marquise Austin with funds to cover the cost of travel between Little Rock, Arkansas and New York, New York, for Mr. Austin's court appearance, scheduled for July 8, 2025 at 2 PM, it is hereby

**ORDERED** that Mr. Austin arrive in New York on the morning of March 18, 2025; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.


Dated:  New York, New York          SO ORDERED:
        June 25, 2025

                                    *Loretta A. Preska*
                                    HONORABLE LORETTA A. PRESKA
                                    United States District Judge